■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BRIDGEFOURTH, Appellant. (Appeal No. 2.) [786 NYS2d 751]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered April 2, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (ten counts), menacing in the second degree and attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Bridgefourth* (13 AD3d 1165 [2004]). Present—Pigott, Jr., P.J., Green, Kehoe, Smith and Hayes, JJ.